1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   CYNTHIA M. FREY  (CABN 150571)
    Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone:  (415) 436-7200
        Fax: (415) 436-7234
7       E-Mail: cynthia.frey@usdoj.gov

8   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
    UNITED STATES OF AMERICA,          )     No. CR 11-0153 JSW
14                                      )
              Plaintiff,                )
15                                      )     STIPULATION AND [PROPOSED]
         v.                             )     ORDER EXCLUDING TIME FROM
16                                      )     MARCH 18, 2011 TO APRIL 14, 2011
    JOHN MARK FELDER,                   )     FROM CALCULATIONS UNDER THE
17                                      )     SPEEDY TRIAL ACT
              Defendant.                )     (18 U.S.C. § 3161)
18   _____)

19

20

21          The defendant, John Mark Felder, represented by Elizabeth Falk, Assistant Federal Public

22   Defender, and the government, represented by Cynthia Frey, Assistant United States Attorney,

23   appeared before the Honorable Joseph C. Spero on March 18, 2011 for an arraignment on the

24   Indictment.  The Court ordered that the matter be set for an initial appearance before the

25   Honorable Jeffrey S. White on April 14, 2011.

26          The parties also agreed that time should be excluded under the Speedy Trial Act between

27   March 18, 2011 and April 14, 2011 for purposes of effective preparation of counsel, in order to

28   provide defense counsel with adequate time to review the discovery and consult with the

     STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
     CR 11-0153 JSW

1  defendant.  In addition, the defendant agrees to exclude for this period of time any time limits

2  applicable under 18 U.S.C. § 3161.  The parties represent that granting the continuance, in order

3  to provide defense counsel with adequate time to review the discovery and consult with the

4  defendant, is necessary for continuity of defense counsel and effective preparation, taking into

5  account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that

6  the ends of justice served by granting such a continuance outweigh the best interests of the public

7  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

8

9  SO STIPULATED:

10                                                        MELINDA HAAG
                                                         United States Attorney
11

12  DATED: April 14, 2011                          /s/
                                                         CYNTHIA M. FREY
13                                                        Assistant United States Attorney

14

15  DATED: April 14, 2011                          /s/
                                                         ELIZABETH FALK
16                                                        Attorney for JOHN MARK FELDER

17  ///

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 11-0153 JSW                              -2-

1   Based upon the representation of counsel and for good cause shown, the Court also finds

2   that failing to exclude the time between March 18, 2011 and April 14, 2011 would unreasonably

3   deny the defendant continuity of counsel and would deny counsel the reasonable time necessary

4   for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.

5   § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

6   between March 18, 2011 and April 14, 2011 from computation under the Speedy Trial Act

7   outweigh the best interests of the public and the defendant in a speedy trial.

8   Therefore, IT IS HEREBY ORDERED that the time between March 18, 2011 and April

9   14, 2011 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.

10   §§ 3161(h)(1)(A), 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

11

12   DATED: _4/19/11_____



13   HONORABLE JOSEPH C. SPERO
    Chief United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28